# Exhibit H

Figure 18
## Overview of Bank Overdraft Best and Good Practices, 2014
Banks ordered by number of best then good practices, and alphabetically when tied

| Bank name | Overdraft | | | | | | | Total best practices (out of 3) | Total good practices (out of 4) |
|---|---|---|---|---|---|---|---|---|---|
| | Best practices | | | Good practices | | | | | |
| | No ATM overdrafts | No debit point-of-sale overdrafts | No high-to-low transaction reordering | Limited high-to-low transaction reordering | Threshold amount to trigger an overdraft | No extended overdraft fee | Limited number of overdraft fees per day | | |
| Ally Bank | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 3 | ✓ = 4 |
| Charles Schwab Bank | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 3 | ✓ = 4 |
| OneWest Bank | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 3 | ✓ = 4 |
| USAA Federal Savings Bank | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 3 | ✓ = 4 |
| Citibank | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 3 | ✓ = 3 |
| City National Bank | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 3 | ✓ = 3 |
| First Republic Bank | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 3 | ✓ = 3 |
| EverBank | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 2 | ✓ = 3 |
| BB&T | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 1 | ✓ = 4 |
| First Citizens Bank | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 1 | ✓ = 4 |
| Frost Bank | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 1 | ✓ = 4 |
| HSBC | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 1 | ✓ = 4 |
| New York Community Bank | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 1 | ✓ = 4 |
| Bank of the West | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 1 | ✓ = 3 |
| BMO Harris Bank | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 1 | ✓ = 3 |
| Huntington Bank | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 1 | ✓ = 3 |
| JPMorgan Chase Bank | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 1 | ✓ = 3 |
| M&T Bank | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 1 | ✓ = 3 |
| U.S. Bank | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 1 | ✓ = 3 |
| Zions First National Bank | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 1 | ✓ = 3 |
| Bank of America | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 1 | ✓ = 2 |
| BBVA Compass Bank | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 1 | ✓ = 2 |
| KeyBank | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 1 | ✓ = 2 |
| Signature Bank | ★ | ★ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 1 | ✓ = 2 |

*Continued on next page*

| Bank name | Overdraft | | | | | | | Total best practices (out of 3) | Total good practices (out of 4) |
|---|---|---|---|---|---|---|---|---|---|
| | Best practices | | | Good practices | | | | | |
| | No ATM overdrafts | No debit point-of-sale overdrafts | No high-to-low transaction reordering | Limited high-to-low transaction reordering | Threshold amount to trigger an overdraft | No extended overdraft fee | Limited number of overdraft fees per day | | |
| Associated Bank | ☆ | ☆ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 1 | ✓ = 1 |
| Susquehanna Bank | ☆ | ☆ | ★ | ✓ | ✓ | ✓ | ✓ | ★ = 1 | ✓ = 1 |
| Capital One Bank | ☆ | ☆ | ☆ | ✓ | ✓ | ✓ | ✓ | ★ = 0 | ✓ = 4 |
| Fifth Third Bank | ☆ | ☆ | ☆ | ✓ | ✓ | ✓ | ✓ | ★ = 0 | ✓ = 4 |
| TCF National Bank | ☆ | ☆ | ☆ | ✓ | ✓ | ✓ | ✓ | ★ = 0 | ✓ = 4 |
| Wells Fargo Bank | ☆ | ☆ | ☆ | ✓ | ✓ | ✓ | ✓ | ★ = 0 | ✓ = 4 |
| First Niagara Bank | ☆ | ☆ | ☆ | ✓ | ✓ | ✓ | ✓ | ★ = 0 | ✓ = 3 |
| First Tennessee Bank | ☆ | ☆ | ☆ | ✓ | ✓ | ✓ | ✓ | ★ = 0 | ✓ = 3 |
| PNC Bank | ☆ | ☆ | ☆ | ✓ | ✓ | ✓ | ✓ | ★ = 0 | ✓ = 3 |
| RBS Citizens | ☆ | ☆ | ☆ | ✓ | ✓ | ✓ | ✓ | ★ = 0 | ✓ = 3 |
| Regions Bank | ☆ | ☆ | ☆ | ✓ | ✓ | ✓ | ✓ | ★ = 0 | ✓ = 3 |
| Union Bank | ☆ | ☆ | ☆ | ✓ | ✓ | ✓ | ✓ | ★ = 0 | ✓ = 3 |
| Comerica Bank | ☆ | ☆ | ☆ | ✓ | ✓ | ✓ | ✓ | ★ = 0 | ✓ = 2 |
| Commerce Bank | ☆ | ☆ | ☆ | ✓ | ✓ | ✓ | ✓ | ★ = 0 | ✓ = 2 |
| SunTrust Bank | ☆ | ☆ | ☆ | ✓ | ✓ | ✓ | ✓ | ★ = 0 | ✓ = 2 |
| TD Bank | ☆ | ☆ | ☆ | ✓ | ✓ | ✓ | ✓ | ★ = 0 | ✓ = 2 |
| Webster Bank | ☆ | ☆ | ☆ | ✓ | ✓ | ✓ | ✓ | ★ = 0 | ✓ = 2 |
| FirstMerit Bank | ☆ | ☆ | ☆ | ✓ | ✓ | ✓ | ✓ | ★ = 0 | ✓ = 1 |
| Sovereign/Santander Bank | ☆ | ☆ | ☆ | ✓ | ✓ | ✓ | ✓ | ★ = 0 | ✓ = 1 |
| BOKF | ☆ | ☆ | ☆ | ✓ | ✓ | ✓ | ✓ | ★ = 0 | ✓ = 0 |
| Banco Popular de Puerto Rico | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | N/A | N/A |
| East West Bank | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | N/A | N/A |
| Hudson City Savings Bank | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | N/A | N/A |
| People's United Bank | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | N/A | N/A |
| Prosperity Bank | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | N/A | N/A |
| Synovus Bank | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | N/A | N/A |

★ Engages in this best practice   ☆ Does not engage in this best practice   ✓ Engages in this good practice   ✓ Does not engage in this good practice   ✕ No response

Source: The Pew Charitable Trusts

© 2014 The Pew Charitable Trusts