## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

**CASE NO. 6:15-MN-02613-BHH**

| | |
|---|---|
| IN RE: TD BANK, N.A. DEBIT CARD OVERDRAFT FEE LITIGATION<br><br>MDL No. 2613 | ALL CASES |

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

Based upon the Joint Motion for Extension of Time, and good cause appearing therefore, the Court's May 22, 2015 Initial Scheduling Order (ECF No. 30) is amended as follows:

1. The deadline to complete the current phase of fact discovery is extended until May 6, 2016.

2. The deadline to complete the first mediation is extended until May 13, 2016.

3. All other deadlines set forth in the Initial Scheduling Order shall remain in place.

                                                s/Bruce Howe Henricks
                                                Bruce Howe Hendricks
                                                United States District Judge

February 12, 2016
Greenville, South Carolina