**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| **IN RE:  TD BANK, N.A. DEBIT CARD OVERDRAFT FEE LITIGATION** <br><br> **MDL No. 2613** | **CASE NO. 6:15-MN-02613-BHH** <br> **ALL CASES** |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, on behalf of the certified classes and as representatives of proposed Settlement Classes, and Defendant TD Bank, N.A. ("TD Bank") hereby notify the Court that, on February 1, 2019, they executed a Settlement Term Sheet that sets forth the primary terms of the parties' agreement to resolve and release on class-wide basis all claims consolidated in MDL No. 2613. The Settlement is conditioned on the parties reaching agreement on all material terms of a written Settlement Agreement, which the parties are just now starting to prepare.  The parties will endeavor to file such Settlement Agreement along with a motion for preliminary approval within 45 days.  The Settlement is without admission of liability, and is subject to preliminary and final approval under Rule 23 of the Federal Rules of Civil Procedure, and dismissal of the actions with prejudice by the Court.

Based on the foregoing, the parties respectfully request that all current deadlines set forth in the Court's December 11, 2018 Scheduling Order (ECF No. 208) be suspended.  A proposed order is attached hereto.

DATED this 1st day of February, 2019.

Respectfully submitted by,

/s/ Mark C. Tanenbaum
Mark C. Tanenbaum
LAW OFFICE OF MARK C. TANENBAUM
120 Church Street
Charleston, SC 29413
Telephone: (843) 577-5100
mark@tanenbaumlaw.com

William E. Hopkins, Jr. (Fed. I.D. # 6075)
HOPKINS LAW FIRM, LLC
12019 Ocean Highway
Pawleys Island, SC 29585
Telephone: (843) 314-4202
bill@hopkinslawfirm.com

*Liaison Counsel for Plaintiffs*

/s/ E. Adam Webb
E. Adam Webb
WEBB, KLASE & LEMOND, LLC
1900 The Exchange, SE, Suite 480
Atlanta, GA 30339
Telephone: (770) 444-0773
Adam@WebbLLC.com

Richard D. McCune
McCUNE WRIGHT AREVALO, LLP
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Telephone: (909) 557-1250
rdm@mccunewright.com

*Co-Lead Counsel for Plaintiffs*

/s/ Thomas William McGee, III
Thomas William McGee, III (Fed. I.D. # 6876)
Tara C. Sullivan (Fed. I.D. # 11095)
Nelson Mullins
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC  29201
(803) 799-2000
billy.mcgee@nelsonmullins.com
tara.sullivan@nelsonmullins.com

and

Donald R. Frederico
Pierce Atwood LLP
100 Summer St., #2250
Boston, MA  02110
Phone:  617-488-8100
dfrederico@pierceatwood.com

Lucus A. Ritchie
Joshua D. Dunlap
Pierce Atwood LLP
Merrill's Wharf
254 Commercial St.
Portland, ME  04101
Phone:  207-791-1100
lritchie@pierceatwood.com
jdunlap@pierceatwood.com

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause a true and correct copy to be served via e-mail on all ECF-registered counsel of record.

*/s/ E. Adam Webb*
E. Adam Webb
